IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARLINDA LEE, As Personal
Representative for the Estate of
MERVIN JAMES, Deceased,

       Plaintiff,

vs.

                                          No. 1:16-cv-01200-WJ/SCY

THE UNITED STATES OF AMERICA, et. al.,

       Defendants.

## STIPULATION OF DISMISSAL

Plaintiff Marlinda Lee, as Personal Representative for the Estate of Mervin James, and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with all parties to bear their own costs. This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

                                          Respectfully submitted,

                                          */s/ Electronically approved January 18, 2018*
                                          WILLIAM R. KEELER
                                          Keeler & Keeler, LLP
                                          108 E. Aztec Ave.
                                          Gallup, NM   87301
                                          505-722-5608; Fax: 505-722-5614
                                          billkeeler@keelerandkeeler.com

                                          and

                                          JAMES D. TIERNEY
                                          Acting United States Attorney

                                          */s/ Electronically filed January 18, 2018*
                                          ERIN E. LANGENWALTER
                                          Assistant U.S. Attorney

P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1471
erin.langenwalter@usdoj.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Erin E. Langenwalter*
ERIN E. LANGENWALTER
Assistant United States Attorney